(No. 97–2212—Submitted June 24, 1998—Decided July 22, 1998.)

*Leeseberg, Maloon, Schulman & Valentine, Anne M. Valentine, Geoffrey M. Wardle* and *Gerald S. Leeseberg,* for appellant.

*Keener, Doucher, Curley & Patterson, L.P.A.,* and *W. Charles Curley,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

COOK, **J., dissenting.** For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

GREGORY ET AL., APPELLANTS, *v.* WESTERN RESERVE
MUTUAL CASUALTY COMPANY, APPELLEE.

[Cite as *Gregory v. W. Res. Mut. Cas. Co.* (1998), 82 Ohio St.3d 385.]

(No. 98–330—Submitted June 24, 1998—Decided July 22, 1998.)

*Robert N. Gluck & Co., L.P.A.,* and *Robert N. Gluck,* for appellants.

*Logee, Hostetler, Stutzman & Lehman* and *Jerry S. Packard,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

COOK, J., dissenting. For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

HILLYER ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Hillyer v. State Farm Mut. Auto. Ins. Co.* (1998), 82 Ohio St.3d 386.]

(No. 97–2143—Submitted June 24, 1998—Decided July 22, 1998.)

---

*Friedman, Domiano & Smith Co., L.P.A.,* and *Jeffrey H. Friedman,* for appellants.

*Meyers, Hentemann & Rea Co., L.P.A.,* and *Henry A. Hentemann,* for appellee.

---

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.